IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Petitioner,               No. CIV S-05-1974 MCE DAD P

    vs.

JAMES YATES, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, paid the required filing fee of $5.00 or submitted an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) and 1915(a).  Petitioner will be granted thirty days to pay the filing fee or submit a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, payment of the filing fee or an application to proceed in forma pauperis; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed; and

/////

/////

1

1 |       2. The Clerk of the Court is directed to send petitioner a copy of the application
2 | to proceed in forma pauperis by a prisoner used by this district in habeas proceedings.
3 | DATED: October 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
muha1974.101a