IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Petitioner,                       No. CIV S-05-1974 MCE DAD P

    vs.

JAMES YATES, et al.,              ORDER AND

    Respondents.             FINDINGS AND RECOMMENDATIONS

_____/

        On August 31, 2006, an order was served on the petitioner at his address of record. On September 12, 2006, petitioner's copy of the order was returned by the U.S. Postal Service as undeliverable. The envelope was marked "RTS - Not at PVSR Coalinga (Deceased)." On October 11, 2006, court staff were advised by the California Department of Corrections and Rehabilitation that petitioner Abdullah Muhammad, CDCR # T-69523, died on December 31, 2005.

        IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of this order and findings and recommendations, together with a copy of the petition filed in this case on September 29, 2005, upon the Attorney General of the State of California; and

        IT IS RECOMMENDED that this action be dismissed due to the death of petitioner.

1       These findings and recommendations will be submitted to the United States
2 District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3 twenty days after being served with these findings and recommendations, any party may file
4 written objections with the court.  A document containing objections should be titled "Objections
5 to Findings and Recommendations."  Failure to file objections within the specified time may
6 waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th
7 Cir. 1991).

8 DATED: October 12, 2006.

                                                       /s/ Dale A. Drozd
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

12 DAD:13
muha1974.f&r