IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABDULLAH MUHAMMAD, | | No. 2:05-cv-1974-MCE-DAD-P |
|     Petitioner, | | |
|     v. | | <u>ORDER</u> |
| JAMES YATES, et al., | | |
|     Respondents. | | |
| _____/ | | |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On October 13, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

      Although it appears from the file that petitioner's copy of the findings and recommendations was returned to the court marked "Not at Pleasant Valley State Prison," petitioner was properly served with the findings and recommendations.

Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2006, are adopted in full; and

2. This action is dismissed due to the death of petitioner.

DATED: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE